IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARROLL JOHNSON**
**ADC # 138237**                                                                                          **PLAINTIFF**

v.                                              5:09CV00034-WRW-BD

**SHERI FLYNN,** *et al.*                                                                            **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice under Local Rule 5.5(c)(2) and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 3rd day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE